# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA L. WENDLAND<br>　　　Plaintiff,<br><br>　　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | Case No.: 3:17-cv-00399-LRH-WGC<br><br>**ORDER REGARDING**<br>UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

　　　Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court remand this action for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. The purpose of the remand is to offer Plaintiff a new decision.

　　　On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision. Defendant further requests that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

　　　Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on January 10, 2018.

Dated: January 10, 2018.

Respectfully submitted

DAYLE ELIESON
Acting United States Attorney

*/s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney


IT IS SO ORDERED:

DATED this 11th day of January, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE